**NATALIE C. LEHMAN, ESQ.**
Nevada State Bar No. 12995
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Telephone: (702) 476-0100
Facsimile: (702) 476-0101
nclehman@wolfewyman.com

**Attorneys for Defendant**
**DITECH FINANCIAL LLC**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ESTHER LOPEZ,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DITECH FINANCIAL, LLC,<br><br>　　　　　　　Defendant. | Case No. 2:18-cv-02098-APG-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br>**[First Request]** |

　　　　Pursuant to Civil Practice Local Rule 7-1, the parties, by and through the undersigned counsel of record, hereby stipulate and agree that Defendant DITECH FINANCIAL LLC ("Ditech") shall have through and until December 27, 2018 to respond to Plaintiff ESTHER LOPEZ' ("Plaintiff") Complaint in this action. The parties are making this request based upon current settlement negotiations to allow the parties sufficient time to evaluate demands and offers and in light of the upcoming holidays.

/ / /

/ / /

1
**STIPULATION AND ORDER TO EXTEND TIME**

3218872.1

This is the parties' first request for an extension of time. This request is not being made for any improper purpose or to cause unnecessary delay or prejudice to any party.

**IT IS SO STIPULATED.**

DATED: November 21, 2018                   DATED: November 21, 2018

WOLFE & WYMAN LLP                          HAINES & KRIEGER, LLC

By:*/s/Natalie C. Lehman*                  By:*/s/David H. Krieger*
    NATALIE C. LEHMAN                      DAVID H. KRIEGER
    Nevada Bar No.: 12995                   Nevada Bar No.: 9086
    6757 Spencer Street                     8985 S. Eastern Ave., Suite 350
    Las Vegas, NV 89119                     Henderson, NV 89123
    Attorneys for Defendant                 Attorneys for Plaintiff
**DITECH FINANCIAL LLC**                   **ESTHER LOPEZ**

**ORDER**

By stipulation of the parties, and good cause appearing therefore, the court orders as follows:

IT IS HEREBY ORDERED this the time for DITECH FINANCIAL LLC to respond to Plaintiff's Complaint in this action shall be continued to December 27, 2018.

**IT IS SO ORDERED.**

Dated: November 26, 2018           _____
                                              United States Magistrate Judge

Submitted by,
WOLFE & WYMAN LLP

By: */s/ Natalie C. Lehman*
NATALIE C. LEHMAN
Nevada Bar No.: 12995
6757 Spencer Street
Las Vegas, NV 89119
Attorneys for Defendant
**DITECH FINANCIAL LLC**