**NATALIE C. LEHMAN, ESQ.**
Nevada State Bar No. 12995
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Telephone: (702) 476-0100
Facsimile: (702) 476-0101
nclehman@wolfewyman.com

Attorneys for Defendant
**DITECH FINANCIAL LLC**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ESTHER LOPEZ, | Case No. 2:18-cv-02098-APG-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | **[Second Request]** |
| DITECH FINANCIAL, LLC, | |
| Defendant. | |

Pursuant to Civil Practice Local Rule 7-1, the parties, by and through the undersigned counsel of record, hereby stipulate and agree that Defendant DITECH FINANCIAL LLC shall have through and until January 25, 2019 to respond to Plaintiff ESTHER LOPEZ' ("Plaintiff") Complaint in this action. The parties are making this request based upon the continuing settlement negotiations in which the parties have exchanged information and documents and are continuing to evaluate demands and offers.

///

///

1
**STIPULATION AND ORDER TO EXTEND TIME**

3218843.1

This is the parties' second request for an extension of time. This request is not being made for any improper purpose or to cause unnecessary delay or prejudice to any party.

**IT IS SO STIPULATED.**

DATED: December 27, 2018　　　　　　　　DATED: December 27, 2018

WOLFE & WYMAN LLP　　　　　　　　　HAINES & KRIEGER, LLC


By: */ s/ Natalie C. Lehman*　　　　　　　　By: */s/ Shawn W. Miller*
　　NATALIE C. LEHMAN　　　　　　　　　SHAWN W. MILLER, ESQ.
　　Nevada Bar No.: 12995　　　　　　　　　Nevada Bar No.: 7825
　　6757 Spencer Street　　　　　　　　　　8985 S. Eastern Ave., Suite 350
　　Las Vegas, NV  89119　　　　　　　　　Henderson, NV  89123
　　Attorneys for Defendant　　　　　　　　Attorneys for Plaintiff
　　**DITECH FINANCIAL LLC**　　　　　　**ESTHER LOPEZ**

**ORDER**

By stipulation of the parties, and good cause appearing therefore, the court orders as follows:

IT IS HEREBY ORDERED this the time for DITECH FINANCIAL LLC to respond to Plaintiff's Complaint in this action shall be continued to January 25, 2019.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Date:  December 28, 2018

Submitted by,
WOLFE & WYMAN LLP


By: */s/ Natalie C. Lehman*
NATALIE C. LEHMAN
Nevada Bar No.: 12995
6757 Spencer Street
Las Vegas, NV  89119
Attorneys for Defendant
**DITECH FINANCIAL LLC**