# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ESTHER LOPEZ,

    Plaintiff

v.

DITECH FINANCIAL, LLC,

    Defendant

Case No.: 2:18-cv-02098-APG-NJK

**Order for Status Report**

The parties are hereby ordered to file a status report by August 23, 2019.

DATED this 6th day of August, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE