# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ESTHER LOPEZ,<br><br>　　Plaintiff<br><br>v.<br><br>DITECH FINANCIAL, LLC,<br><br>　　Defendant | Case No.: 2:18-cv-02098-APG-NJK<br><br>**Order Staying Case** |

In light of defendant Ditech Financial, LLC's notice of bankruptcy (ECF No. 14) and the parties' joint status report (ECF No. 16) indicating that the bankruptcy is still pending,

IT IS ORDERED that this case is STAYED pending resolution of defendant Ditech Financial, LLC's proceedings.

IT IS FURTHER ORDERED that the parties shall file a status report 180 days from the date of this order and every 180 days thereafter.

DATED this 26th day of August, 2019.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE